# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM A. ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV414-278 |
| AIG LIFE AND RETIREMENT, | ) |
| Defendant. | ) |

## ORDER

Proceeding *pro se*, plaintiff William A. Anderson brought this employment discrimination case defendant AIG Life and Retirement. Doc. 1. He has paid the filing fee but has failed to serve the defendant within the 120 days demanded by Fed. R. Civ. P. 4(m). The Court thus directs him, within 14 days of the date this Order is served, to show cause why his case should not be dismissed for violating Rule 4(m).

**SO ORDERED,** this 4Th day of May, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA