# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

WILLIAM A. ANDERSON,  )
          )
  Plaintiff,     )
          )
v.          )   Case No. CV414-278
          )
AIG LIFE AND RETIREMENT, )
          )
  Defendant.    )

## ORDER

In this employment discrimination case, the Court ordered plaintiff William A. Anderson to show cause why he failed to serve defendant within the 120 days demanded by Fed. R. Civ. P. 4(m). Doc. 3. Plaintiff responded that same day after "blind chance" led him to the federal courthouse to "inquire as to how much longer [he] could expect before hearing from the judge" regarding when he could proceed with serving defendant. Doc. 4 at 1-2. Anderson states that he understood from the Court Clerk that he should refrain from perfecting service until after the Court reviewed his case and told him when to move forward. *Id.* at 1.

Although plaintiff's understanding is mistaken,[1] it appears to be held in good faith. The Court thus finds that plaintiff has shown good cause for his delay. Anderson is granted 21 days from the date this Order is served to perfect service on defendant. *See* Fed. R. Civ. P. 4(m) (allowing courts to order service within a specified time if a defendant is not served within 120 days after the complaint is filed). If he fails to do so, the Court will recommend dismissal of this action.

**SO ORDERED** this 21st day of May, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk's job is to handle court filings and distribute court forms. He and his staff do not dispense legal advice or instructions. Plaintiff, who paid the Court's filing fee, could not and should not rely on any such instruction from the Clerk's office.