IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM A. ANDERSON, | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No.: 4:14-CV-00278-LGW |
| AIG LIFE AND RETIREMENT, | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT 4 TO THE DECLARATION OF MICHAEL HERMAN

A motion having been made by AIG Life and Retirement ("AIG"), Defendant in the above-captioned action, and the Court having found that Exhibit 4 to the Declaration of Michael Herman is to be filed under seal because it contains a personal identifier that was not redacted when filed electronically at ECF No. 13-4;

IT IS HEREBY ORDERED and ADJUDGED that AIG's Motion to Seal Exhibit 4 to the Declaration of Michael Herman (ECF No. 13-4) is GRANTED.

This 10TH day of August, 2015.

United States Magistrate Judge
Southern District of Georgia